IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TAMI SMITH, RANDI LAVERY, ANNA THURMAN, and SANDRA SWAIN, individually and on behalf of all similarly-situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>MACO MANAGEMENT COMPANY, INC., and JAMES K. MADDOX and KATRINA THOMPSON, individually,<br><br>Defendants. | Case No. 2:18-CV-00082<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Alistair Newbern |

**PLAINTIFFS' UNOPPOSED MOTION FOR COURT APPROVAL OF FLSA §216(b) COLLECTIVE ACTION SETTLEMENT**

Plaintiffs Tami Smith, Randi Lavery, Sandra Swain, and Anna Thurman ("Plaintiffs"), through undersigned Class Counsel Dickinson Wright PLLC and Howell Law PLLC, respectfully move this Court to approve the parties' Settlement Agreement.

For the reasons set forth more fully in Plaintiffs' contemporaneously filed memorandum of law and its attached declarations, the proposed Settlement Agreement is "fair, reasonable and adequate;" provides the Class Members with substantial monetary relief; and satisfies all other criteria for final approval. Accordingly, Plaintiffs respectfully request the Court to grant this Motion and enter an Order approving:

1) the parties' Settlement Agreement, which resolves all claims asserted against Defendants in this matter, as fair, reasonable and adequate;

2) the Gross Settlement Amount set forth in paragraph 8.h. of the Settlement Agreement;

3) the service awards to Named Plaintiffs and specified opt-in Plaintiffs as set forth in paragraph 13 of the Settlement Agreement; and,

4) Class Counsel's attorneys' fees and expenses as set forth in paragraphs 15(a)-(b).

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order approving the parties' Settlement Agreement resolving all claims asserted against Defendants; the Gross Settlement amount; the service awards to Named Plaintiffs and specified opt-in Plaintiffs; and Class Counsels' attorney's fees and expenses.

Respectfully submitted,

/s/ Autumn Gentry
Autumn L. Gentry, TN Bar #20766
Peter F. Klett, TN Bar #12688
DICKINSON WRIGHT PLLC
Fifth Third Center
424 Church Street, Suite 800
Nashville, TN 37219-2392
Tel.: 615.244.6538
agentry@dickinsonwright.com
pklett@dickinsonwright.com

Trevor Howell, TN Bar #9496
HOWELL LAW, PLLC
P. O. Box 158511
Nashville, TN 37215
Tel.: 615.406.1416
Trevor@howelllawfirmllc.com

*Counsel for Class Members*

# CERTIFICATE OF SERVICE

    I hereby certify that on this 4th day of March, 2021, a true and exact copy of the foregoing has been served on the following individuals consenting to electronic service by operation of the Court's electronic filing system:

Jeremy M. Brenner
Robert A. Kaiser
Ida S. Shafaie
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
jbrenner@atllp.com
rkaiser@atllp.com
ishafaie@atllp.com

Kara E. Shea
Sara Anne T. Quinn
BUTLER SNOW LLP
The Pinnacle at Symphony Place
150 Third Avenue South, Suite 1600
Nashville, TN 37201
kara.shea@butlersnow.com
saraanne.quinn@butlersnow.com

*Attorneys for Defendants*

                                                   /s/ Autumn L. Gentry
                                                   Autumn L. Gentry