UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| TAMI SMITH,<br>RANDI LAVERY,<br>ANNA THURMAN and<br>SANDRA SWAIN<br><br>　　Plaintiffs,<br><br>v.<br><br>MACO MANAGEMENT COMPANY,<br>INC.,<br>JAMES K. MADDOX, and<br>KATRINA THOMPSON,<br><br>　　Defendants. | No. 2:18-cv-00082 |

## ORDER

Before the Court is the unopposed Motion of Plaintiffs, individually, and on behalf of all similarly-situated persons, (Doc. No. 122) for an order approving the 1) Settlement Agreement, which resolves all claims asserted against Defendants, as fair, reasonable and adequate; 2) Gross Settlement Amount; 3) service awards to Named Plaintiffs and specified opt-in Plaintiffs; and 4) Plaintiffs' attorneys' fees and expenses. Based upon the record, the Court finds as follows:

1. The Settlement Agreement is fair, reasonable and adequate;

2. The Gross Settlement Amount in the amount of $3,100,000.00, inclusive of all Settlement Awards, attorneys' fees, costs, and service awards, but excluding the employers' share of federal and state payroll taxes, is fair, reasonable and appropriate;

3. Plaintiffs' requests for service award payments to the four Named Plaintiffs, the four opt-in Plaintiffs, and the four Testifying Class Members, specified in the Settlement Agreement, in the total amount of $57,000.00 to be paid from the Gross Settlement Amount is fair,

reasonable and appropriate, because the record establishes, by a preponderance of the evidence, that each provided "extraordinary services and sacrifices" (Doc. No. 123-1 at 11).

4. After consideration of the Plaintiffs' request for an award of fees and reimbursement of litigation expenses, including the factors set forth in Ramey v. Cincinnati Enquirer, Inc., 508 F.2d 1188, (6th Cir. 1974), and applying the lodestar method to Class Counsel's request for an award of attorneys' fees in the amount of $1,033,230.00, which is equal to one-third (33.33%) of the Gross Settlement Amount, is fair, reasonable and appropriate. The Court finds that Class Counsel's hours and rates are reasonable and fair given the length and complexity of the case, and that the resulting lodestar of approximately $853,432.00, which yields a lodestar multiplier of 1.2 is within the range that courts within the Sixth Circuit have approved in similar common fund cases.

5. The Court hereby dismisses with prejudice all claims released in the Settlement Agreement, except as provided in the Settlement Agreement.

6. The Court shall reserve jurisdiction over this action and the parties to administer, supervise, interpret, and enforce the Settlement Agreement and this Order.

7. The Clerk is directed to enter a final judgment consistent with this Order.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 2:18-cv-00082   Document 128   Filed 03/25/21   Page 2 of 2 PageID #: 1080